**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **NERY RENE CARRILLO-NAJARRO** | **Case No.:   CR5:21-0009** |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR ORDER ALLOWING THE GOVERNMENT TO MAINTAIN CUSTODY OF SIEZES ITEMS.

**COMES NOW**, the undersigned counsel, and respectfully submits a response:

Defendant Nery Rene Carrillo-Najarro, by and through undersigned counsel, hereby files his response to the Government's motion (Doc. 98). Mr. Najarro states the following:

1. The 1997 Mercedes E300D, VIN WDBJF20F8VA365187 was purchased prior to the defendant applying for workers.  This car was used by defendant's son to travel back and to from school.

2. Further an Acer laptop and an iPhone 11 Promax was seized this was also the property of the defendant's son and both were used primarily to do school work.

3. The defendant objects to the Government's seizure and forfeiture of his property, as his property was neither used for, nor the proceeds of, any unlawful activity.

**WHEREFORE**, the Defendant requests the Court will grant the relief sought herein and enter its order.

Dated this 16th day Of December 2021.

Respectfully submitted,

By: /s/ Marc G.  Metts
Marc G. Metts
Attorney for Defendant,
Georgia State Bar No.: 174821
ADDRESS OF COUNSEL:
300 North Madison Ave.
Douglas, GA  31533
(912) 384-0015
(912)-389-1235
mettslaw@gmail.com

## CERTIFICATE OF SERVICE

I, Marc G. Metts, hereby certify that on December 16, 2021, I electronically filed the

foregoing with the clerk of Court using the CM/ECF system which will send notification of such

to all counsel of record.

By: /s/ Marc G.  Metts
Marc G. Metts
Attorney for Defendant, Nere Carrillo-Najarro
Georgia State Bar No.: 174821
ADDRESS OF COUNSEL:
300 North Madison Ave.
Douglas, GA  31533
(912) 384-0015
(912)-389-1235
mettslaw@gmail.com